**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| PIPER M. KELLY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| MERCY HOSPITAL SOUTH, | ) | |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF ALICIA CHRIST**

I, Alicia Christ, having been duly sworn on my oath, hereby state and affirm as follows:

1.      My name is Alicia Christ, I am over 21 years of age and have personal knowledge of the matters described herein.

2.      I work for Defendant's counsel, Ogletree, Deakins, Nash, Smoak & Stewart. P.C. as a Paralegal. In my capacity as a Paralegal, I have access to TLOxp for Legal Professionals, an extensive online records database, powered by TransUnion.

3.      I used TLOxp to conduct a background check for Piper M. Kelly on October 24, 2025.

4.      Per the background check, Piper M. Kelly was affiliated with a residential address in Glen Carbon, Illinois, at the time she filed her lawsuit against Mercy Health South and has been affiliated with that address (26 Windermere Drive, Glen Carbon, IL 62034) since May 2025.

5.      I used TLOxp to conduct an address report on 26 Windermere Drive, Glen Carbon, IL 62034. Per the address report, 26 Windermere Drive is a residence owned by Joseph Carnduff.

6.      Per the background check, Piper M. Kelly was previously associated with a different residential address in Illinois from August 2012 to February 2025.

7.      I also visited the public LinkedIn profile for Piper Kelly, which represents Glen

**EXHIBIT B**

Carbon, Illinois as her location. A screenshot of Ms. Kelly's public LinkedIn profile is attached hereto as Exhibit A.

8.      Ms. Kelly's public LinkedIn profile also states she most recently worked at Residential Home Health and Hospice. *See* Ex. A.

9.      The Residential Home Health and Hospice website reflects the company operates in locations throughout Southern Illinois, including in Glen Carbon, but does not operate in Eastern Missouri. A copy of the Residential Home Health and Hospice webpages reflecting its Missouri and Illinois locations is attached hereto as Exhibit B.

10.     I also searched the Illinois voter registration and found that Ms. Kelly is currently registered to vote in Illinois. A copy of her voter registration information available online is attached hereto as Exhibit C.

11.     I also reviewed the publicly available information related to the lawsuit Ms. Kelly filed against Mercy Hospital South in the Circuit Court of the City of St. Louis, Case No. 2522-CC09563. Ms. Kelly's address identified an Illinois address as part of her filings in that lawsuit. A copy of the Missouri Case.net Parties and Attorneys tab related to that case is attached hereto as Exhibit D.

12.     I verify that the information provided in this Declaration is true and correct to the best of my personal knowledge under penalty of perjury in accordance with the laws of the United States, including 28 U.S.C. § 1746.

FURTHER DECLARANT SAYETH NAUGHT.

ALICIA CHRIST

10/29/2025
Date

2

      



## Piper Kelly
BSN, RN



Maryville University of Saint Louis

Glen Carbon, Illinois, United States · **Contact info**

12 connections

Connect    **Message**    More

---

### About

Currently pursuing a Doctor of Nursing Practice at Maryville University, I am deepening my knowledge in family nursing practice while maintaining a commitment to patient outcomes. With a track record of rapid assessments and interdisciplinary collaboration, my goal is to enhance healthcare delivery through advanced practice...

💎 **Top skills**
Nursing • Communication • Compassion • Care Coordination    →

---

### Activity
13 followers

**Piper hasn't posted yet**
Recent posts Piper shares will be displayed here.

Show all activity →

---

### Experience

**Case Management Nurse**
Residential Home Health and Hospice
Apr 2024 - Aug 2024 · 5 mos

Provided compassionate and comprehensive end-of-life care to terminally ill patients in a hospice setting....                    ...see more

**Registered Nurse**
Mercy Hospital South
Jan 2023 - Feb 2024 · 1 yr 2 mos

Responsible for the care and safety of patients requiring intermediate level of care....                    ...see more

 **Registered Nurse**
Barnes-Jewish Hospital
Feb 2020 - Nov 2021 · 1 yr 10 mos

Administer medications and observe patients receiving a variety of chemotherapy treatments....                    ...see more

---

### Education

 **Maryville University of Saint Louis**
Doctoral of Nursing Practice - FNP Program, Family Nurse Practitioners - Doctor of Nursing Practice
Dec 2024 - Dec 2026

 **Barnes-Jewish College Goldfarb School of Nursing**
Bachelor's of Science in Nursing, Nursing
2019 - 2019

Exhibit A



**Licenses & certifications**

**Registered Nurse - Illinois License**
FINANCIAL AND PROFESSIONAL REGULATION, ILLINOIS DEPARTMENT OF
Issued Apr 2024 · Expires May 2026

**Registered Nurse - Missouri License**
Missouri State Board of Nursing - Division of Professional Registration
Issued Feb 2020 · Expires Apr 2027

Show all 3 licenses & certifications →

**Skills**

Communication

Nursing Management

Show all 22 skills →

**Interests**

**Companies**    Newsletters    Schools

**Maryville University of Saint Louis**
46,024 followers

+ Follow

**American Heart Association**
1,246,559 followers

+ Follow

Show all companies →

Ac ···
Alicia enjoy 50% off 2 months of LinkedIn Premium

Premium

Get hired faster with exclusive tools and
features

Redeem offer



Exhibit B

SERVICES    ABOUT US    CAREERS    PROVIDERS    LOCATIONS    CONTACT

# Illinois

## Leading in Clients Served and Trust Earned in Your Community.

Residential provides compassionate nursing and therapy services, partnering with your physician to create a custom care plan that fits your specific healthcare needs and goals. Whether you're looking for assistance with pain management after surgery, or recovery via a physical therapy program we have a full team of in-home care clinicians to support you. Are you struggling to manage a chronic condition? Residential offers prevention programs and advanced support for all of the challenges associated with your health journey.



LEGEND - SERVICE AREAS
■ Residential Home Health, Hospice, & Palliative

## Residential — North Illinois

### Lisle, Illinois

2443 Warrenville Road, Suite 500, Lisle, IL 60532



| home health | palliative | hospice |
|---|---|---|
| PHONE: (866) 902-0123 | PHONE: (844) 275-4430 | PHONE: (855) 902-5100 |
| FAX: (866) 996-0086 | FAX: (866) 996-0082 | FAX: (866) 996-0082 |

### Northbrook, Illinois

630 Dundee Road, Suite 320, Northbrook, IL 60062

| home health | palliative | hospice |
|---|---|---|
| PHONE: (866) 902-0123 | PHONE: (844) 275-4430 | PHONE: (855) 902-5100 |
| FAX: (866) 996-0086 | FAX: (866) 996-0082 | FAX: (866) 996-0082 |

### Schaumburg, Illinois

1900 E. Golf Road, Suite 200, Schaumburg, IL 60173

| home health | palliative | hospice |
|---|---|---|
| PHONE: (866) 902-0123 | PHONE: (844) 275-4430 | PHONE: (855) 902-5100 |
| FAX: (866) 996-0086 | FAX: (866) 996-0082 | FAX: (866) 996-0082 |

# Residential — South Illinois

## Glen Carbon, Illinois

4215 State Route 159, Glen Carbon, IL 62034

**home health**

PHONE: (800) 642-6099
FAX: (866) 966-0062

**palliative**

PHONE: (844) 275-4430
FAX: (866) 966-0063

**hospice**

PHONE: (800) 358-8227
FAX: (866) 966-0063

## Marion, Illinois

104 Airway Drive, Suite 1, Marion, IL 62959

**home health**

PHONE: (800) 642-6099
FAX: (866) 966-0062

**palliative**

PHONE: (844) 275-4430
FAX: (866) 966-0063

**hospice**

PHONE: (800) 358-8227
FAX: (866) 966-0063

## Serving These Counties In Illinois

We may be able to help you even if the services we offer are not in your area. Just ask!

**Northeast Illinois**
Mc Henry, Lake, Kane, Kendall, Grundy, DuPage, Will, Cook

**North-Central Illinois**
DeKalb, La Salle

**Central Illinois**
Lawrence, Richland, Clay, Effingham, Jasper, Crawford, Fayette, Bond, Madison, Montgomery, Jersey, Christian, Morgan, Sangamon, Macoupin, Greene, Calhoun

**Southern Illinois**
Monroe, St. Clair, Clinton, Washington, Marion, Jefferson, Wayne, Edwards, Wabash, White, Hamilton, Saline, Gallatin, Hardin, Pope, Franklin, Williamson, Johnson, Massac, Alexander, Union, Pulaski, Pike, Scott, Cass, Menard, Logan, Macon



On a mission to positively impact our patients and their families and inspire a renewed sense of hope and confidence by providing exceptional home health, palliative, and hospice care.

**HOME HEALTH CARE**
Home Health Care
The Residential Difference
Reasons for Home Health
Paying For Home Health Care
Home Health Care Team
Home Health Assessment

**PALLIATIVE**
Palliative Care
The Residential Difference
Palliative Care Team

**ABOUT US**
Mission & Leadership
Work With Us
Contact

**HOSPICE**
Hospice
The Residential Difference
Starting the Conversation
Paying For Hospice Care
Hospice Care Team
Give Back

Residential Healthcare Group
Copyright © 2024 . All Rights Reserved.



SERVICES    ABOUT US    CAREERS    PROVIDERS    LOCATIONS    CONTACT

# Missouri

## Home Health and Hospice Services

We extend our care to patients in the place they consider home. Our extensive service offerings include a collaborative approach with your doctor to craft a tailored care plan that always keeps the patient's goals at the forefront. Our mission is to deliver the highest quality of care directly to you.



## Kansas City, Missouri

7611 State Line Road, Suite 160, Kansas City, MO 64114



PHONE: (816) 608-3318
FAX: (816) 278-5786



PHONE: (866) 902-2621
FAX: (855) 845-1847

## Serving These Counties In Missouri

We may be able to help you even if the services we offer are not in your area. Just ask!

**Kansas City Area**
Cass, Clay, Jackson, Johnson, Lafayette, Platte, Ray



On a mission to positively impact our patients and their families and inspire a renewed sense of hope and confidence by providing exceptional home health, palliative, and hospice care.

**HOME HEALTH CARE**
Home Health Care
The Residential Difference
Reasons for Home Health
Paying For Home Health Care
Home Health Care Team
Home Health Assessment

**PALLIATIVE**
Palliative Care
The Residential Difference
Palliative Care Team

**ABOUT US**
Mission & Leadership
Work With Us
Contact

**HOSPICE**
Hospice
The Residential Difference
Starting the Conversation
Paying For Hospice Care
Hospice Care Team
Give Back

Residential Healthcare Group
Copyright © 2024 . All Rights Reserved.

Home  |  State Board of Elections Home  |  Application Status  |  Contact
Polling Place Locator  |  Am I Registered To Vote In Illinois?
**Select a Language:**  中文  English  हिंदी  Español

## Illinois Online Voter Application
### State Board of Elections

### Illinois Online Voter Registration Begins Here!

# REGISTRATION LOOKUP RESULTS

Your Search Criteria: piper, kelly, 307, PANTHER DR, 62274, ▬▬▬▬

**Name:**

Piper M Kelly

**Age:**

29

**Registration Status:**

Piper Kelly **IS REGISTERED TO VOTE** in the State of Illinois.

If you have any questions, please contact the Perry local Election Authority

Early Voting/Grace Period Registration Locations

**Election Day Polling Place:**

PRESBYTERIAN CHURCH

3811 STATE RTE. 13-127

PINCKNEYVILLE, IL

62274

## District Information

| | |
|---|---|
| Congressional (Federal) | 12 |
| State Senate | 58 |
| State Representative | 115 |
| Appellate Judicial | 5 |
| Retention Judicial Circuit | 20 |
| City | CITY OF PINCKNEYVILLE |
| Hospital | PINCKNEYVILLE HOSP. DIST. |
| Judicial Circuit | 24 |
| Library | Pinckneyville Library District |
| County Board | County Board at Large |
| Precinct & Splits | 0016 06 |
| Precinct | PINCKNEYVILLE 2 |
| Retention Appellate Judicial | 4 |
| Regional Bd of Ed. | 30 |
| Community College | Rend Lake College 521 |
| School | Pinckneyville SD 50 |
| High School | Pinckneyville CHSD 101 |

**Return to Registration Lookup**

Exhibit C

Copyright 2025 Illinois State Board of Elections

Case.net: 22SL-CC00563 - PIPER M KELLY V MERCY HOSPITAL SOUTH (E-CASE) - Party Information

KELLY, PIPER M -Plaintiff

**Address:** 307 PANTHER DR. PINCKNEYVILLE, IL 62274
**Year of Birth:** 1996

Represented By

CARNDUFF, JOSEPH BENJAMIN - Attorney for Plaintiff

**Address:** 3249 S 2ND SPRINGFIELD, IL 62703

---

MERCY HOSPITAL SOUTH - Defendant

**Address:** 10010 KENNERLY ROAD ST. LOUIS, MO 63128

---

Exhibit D