| | |
|---|---|
| **From:** | Zoia, Mallory Stumpf |
| **To:** | Mack, Cristin J.; Joseph B. Carnduff |
| **Subject:** | RE: Mediation _ Press Release - Confidential Settlement Discussions [ODNSS-OGL.017905.000182] |
| **Date:** | Wednesday, September 03, 2025 10:40:58 AM |

Joe,

Mercy has agreed to waive service. You can serve Cristin and I by email rather than serving the registered agent.

Thank you,

**Mallory Stumpf Zoia | Ogletree Deakins**
7700 Bonhomme Avenue, Suite 650 | St. Louis, MO 63105 | Telephone: 314-898-4078
mallory.zoia@ogletree.com | www.ogletree.com | Bio

---

**From:** Mack, Cristin J. <cristin.mack@ogletreedeakins.com>
**Sent:** Wednesday, August 27, 2025 10:16 AM
**To:** Joseph B. Carnduff <jcarnduff@baileyglasser.com>
**Cc:** Zoia, Mallory Stumpf <mallory.zoia@ogletreedeakins.com>
**Subject:** RE: Mediation _ Press Release - Confidential Settlement Discussions [ODNSS-OGL.017905.000182]

Hi, Joe:

Thanks very much – we will reach out to Mercy.

███████████████████████████████████████████████
███████

We will be back in touch as soon as we can.

Thanks again,
Cristin

**Cristin J. Mack | Ogletree Deakins**
7700 Bonhomme Avenue, Suite 650 | St. Louis, MO 63105 | Telephone: 314-802-3943
cristin.mack@ogletree.com | www.ogletree.com | Bio

---

**From:** Joseph B. Carnduff <jcarnduff@baileyglasser.com>
**Sent:** Tuesday, August 26, 2025 1:26 PM
**To:** Mack, Cristin J. <cristin.mack@ogletreedeakins.com>
**Cc:** Zoia, Mallory Stumpf <mallory.zoia@ogletreedeakins.com>
**Subject:** Re: Mediation _ Press Release - Confidential Settlement Discussions [ODNSS-OGL.017905.000182]

*[Caution: Email received from external source]*

Hey Cristin, ███████████████████████████████████
███████████████████████████████

I have not yet served the Complaint - if you don't mind asking, I would appreciate it.

I will also give you some time this week with your family and not email/reach out. I'll also stand down on filing until at least next week and give you a heads up when I do.

Best regards,

_____



**Joseph B. Carnduff**
Attorney

**Bailey & Glasser, LLP**
T:

---

**From:** Mack, Cristin J. <cristin.mack@ogletree.com>
**Sent:** Tuesday, August 26, 2025 1:18 PM
**To:** Joseph B. Carnduff <jcarnduff@baileyglasser.com>
**Cc:** Zoia, Mallory Stumpf <mallory.zoia@ogletreedeakins.com>
**Subject:** RE: Mediation _ Press Release - Confidential Settlement Discussions [ODNSS-OGL.017905.000182]

**CAUTION: External Email**

Hi, Joe:

My apologies for the delayed response. ████████████████████████████████
████  If you have not yet served the Complaint, I can ask Mercy about a waiver.

Thanks,
Cristin
**Cristin J. Mack | Ogletree Deakins**
7700 Bonhomme Avenue, Suite 650 | St. Louis, MO 63105 | Telephone: 314-802-3943
cristin.mack@ogletree.com | www.ogletree.com | Bio

---

**From:** Joseph B. Carnduff <jcarnduff@baileyglasser.com>
**Sent:** Monday, August 25, 2025 7:40 AM
**To:** Mack, Cristin J. <cristin.mack@ogletreedeakins.com>
**Cc:** Zoia, Mallory Stumpf <mallory.zoia@ogletreedeakins.com>
**Subject:** Re: Mediation _ Press Release - Confidential Settlement Discussions [ODNSS-OGL.017905.000182]

**[Caution: Email received from external source]**

Good morning Cristin, I have almost completed the file ready Complaint. I cannot recall if I Mercy is okay with waiving service? We may still formally serve to start the 30 day clock as soon as possible, but I wanted to ask about waiver. Once our benefits experts is done reviewing the documents we recently received, we will move forward with filing vs Mercy and its vendors.

Best regards,

_____

**Joseph B. Carnduff**
Attorney

**Bailey & Glasser, LLP**
T: