| | |
|---|---|
| **From:** | Joseph B. Carnduff |
| **To:** | Mack, Cristin J. |
| **Cc:** | Zoia, Mallory Stumpf |
| **Subject:** | Re: Mediation _ Press Release - Confidential Settlement Discussions [ODNSS-OGL.017905.000182] |
| **Date:** | Wednesday, October 22, 2025 12:40:15 PM |
| **Attachments:** | ST.+LOUIS+CITY+PETITION+FOR+DAMAGES_FS_Piper Kelly.pdf |

*[Caution: Email received from external source]*

Cristin:

Hope all is well on your end.

Please see attached - the filed Petition for Damages in Piper M. Kelly v. Mercy Hospital South, filed today in the Circuit Court of the City of St. Louis.

Thank you again for confirming Mercy's waiver of service. Please confirm receipt of the file stamped Petition when you can.

Best regards,

Joe
_____

**Joseph B. Carnduff**
Attorney

**Bailey & Glasser, LLP**
T:

**From:** Mack, Cristin J. <cristin.mack@ogletree.com>
**Sent:** Monday, September 29, 2025 9:00 AM
**To:** Joseph B. Carnduff <jcarnduff@baileyglasser.com>
**Cc:** Zoia, Mallory Stumpf <mallory.zoia@ogletreedeakins.com>
**Subject:** RE: Mediation _ Press Release - Confidential Settlement Discussions [ODNSS-OGL.017905.000182]

**CAUTION: External Email**

██████

█████████████████████████████████████████████████████████
██████

██████
██████

**Cristin J. Mack | Ogletree Deakins**
7700 Bonhomme Avenue, Suite 650 | St. Louis, MO 63105 | Telephone: 314-802-3943
cristin.mack@ogletree.com | www.ogletree.com | Bio

**From:** Joseph B. Carnduff <jcarnduff@baileyglasser.com>
**Sent:** Friday, September 26, 2025 10:47 AM
**To:** Mack, Cristin J. <cristin.mack@ogletree.com>
**Cc:** Zoia, Mallory Stumpf <mallory.zoia@ogletreedeakins.com>
**Subject:** Re: Mediation _ Press Release - Confidential Settlement Discussions [ODNSS-OGL.017905.000182]

*[Caution: Email received from external source]*

██████

████████████████████████████████████████████
███████████████

███████████████████████████████████████
█████████████████████████████
████████████████████████████████

EXHIBIT D